```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 11783
    JAMES STRONG
    DIANE STRONG                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

         Debtor
    SSN XXX-XX-9546    SSN XXX-XX-1544

--------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 07/02/07 .

    2.  The case was dismissed without confirmation, 09/07/2007.

--------------------------------------------------------------------
CREDITOR NAME             CLASS        CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                         PAID            PAID
--------------------------------------------------------------------

         Summary of disbursements:
--------------------------------------------------------------------
                    SECURED    PRIORITY   UNSECURED      OTHER         TOTAL
--------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00        .00         .00         .00           .00
PRINCIPAL PAID          .00        .00         .00         .00           .00
INTEREST PAID           .00        .00         .00         .00           .00
TOTAL PAID              .00        .00         .00         .00           .00
The Debtor's attorney, JAMES & GUSTAFSON              , was allowed $      .00
and was paid $        .00 .

The Trustee received $        .00 .

Refunds to the Debtor totaled $        .00 .




    Dated: 12/20/07              /S/
                            GLENN STEARNS
                            CHAPTER 13 TRUSTEE
```

```
                         PAGE   2
  CASE NO. 07 B 11783 JAMES STRONG & DIANE STRONG
```